ORIGINAL

1  JAMES A. GALE (*pro hac* pending)
   E-Mail: JGale@FeldmanGale.com
2  TODD M. MALYNN (CSB No. 181595)
   E-Mail: TMalynn@FeldmanGale.com
3  GREGORY L. HILLYER (*pro hac* pending)
   E-Mail: GHillyer@FeldmanGale.com
4  SHEILA Y. HARRISON (CSB No. 220831)
5  E-Mail: SHarrison@FeldmanGale.com
   FELDMAN GALE, P.A.
6  Miami Center, 19th Floor,
7  201 South Biscayne Boulevard
   Miami, FL 33131
8  Telephone: (305) 358-5001
   Facsimile: (305) 358-3309
9
   CHARLENE M. MORROW (CSB No. 136411)
10 E-Mail: cmorrow@fenwick.com
   FENWICK & WEST LLP
11 Silicon Valley Center,
   801 California Street
12 Mountain View, CA 94041
13 Telephone: (650) 988-8500
   Facsimile: (650) 938-5200
14
   Attorneys for Plaintiff
15 TROPOS NETWORKS, INC.

16                UNITED STATES DISTRICT COURT
17                NORTHERN DISTRICT OF CALIFORNIA
18                   SAN FRANCISCO DIVISION

19 TROPOS NETWORKS, INC., a Delaware        Case No. C 05 04281 EMC
   corporation,
20                                          **ORDER GRANTING
              Plaintiff,                    APPLICATION FOR ADMISSION OF
21                                          ATTORNEY *PRO HAC VICE***
        vs.
22
   IPCO, LLC, a Georgia limited liability
23 company, STATSIGNAL, IPC, LLC, a
   Georgia limited liability company,
24 STATSIGNAL SYSTEMS, INC., a
25 Georgia Corporation, and DOES 1-50,

26            Defendants.

27      James A. Gale, an active member in good standing of the bar of Florida, whose business

28 address and telephone number is Feldman Gale, P.A., Miami Center 19th Floor, 201 Biscayne

1  Boulevard, Miami Florida, 33131, (305) 358-5001, having applied in the above-entitled action for
2  admission to practice in the Northern District of California on a *pro hac vice* basis, representing
3  Tropos Networks, Inc.,
4      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
5  conditions of Civil Local Rule 3-11. All papers filed by the attorney must indicate appearance
6  *pro hac vice*. Service of papers upon and communication with co-counsel designated in the
7  application will constitute notice to the party. All future filings in the action are subject to the
8  requirements contained in General Order No. 45, *Electronic Case Filing*.

    December 2, 2005
Dated: ~~November___, 2005~~



_____
The Honorable Edward Chen
United States Magistrate Judge
Northern District of California

ORDER GRANTING APPLICATION FOR
ADMISSION OF ATTORNEY *PRO HAC VICE*      2      Case No. C 05 4281 EMC