ORIGINAL

| | |
|---|---|
| 1 | JAMES A. GALE (*pro hac* pending) |
| 2 | E-Mail: JGale@FeldmanGale.com<br>TODD M. MALYNN (CSB No. 181595) |
| 3 | E-Mail: TMalynn@FeldmanGale.com<br>GREGORY L. HILLYER (*pro hac* pending) |
| 4 | E-Mail: GHillyer@FeldmanGale.com<br>SHEILA Y. HARRISON (CSB No. 220831) |
| 5 | E-Mail: SHarrison@FeldmanGale.com<br>FELDMAN GALE, P.A. |
| 6 | Miami Center, 19th Floor, |
| 7 | 201 South Biscayne Boulevard<br>Miami, FL 33131 |
| 8 | Telephone: (305) 358-5001<br>Facsimile: (305) 358-3309 |

CHARLENE M. MORROW (CSB No. 136411)
E-Mail: cmorrow@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center,
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

Attorneys for Plaintiff
TROPOS NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TROPOS NETWORKS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>IPCO, LLC, a Georgia limited liability company, STATSIGNAL, IPC, LLC, a Georgia limited liability company, STATSIGNAL SYSTEMS, INC., a Georgia Corporation, and DOES 1-50,<br><br>Defendants. | Case No. C 05 04281 EMC<br><br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Gregory L. Hillyer, an active member in good standing of the bar of Florida, whose business address and telephone number is Feldman Gale, P.A., Miami Center 19th Floor, 201

1  Biscayne Boulevard, Miami Florida, 33131, (305) 358-5001, having applied in the above-entitled
2  action for admission to practice in the Northern District of California on a *pro hac vice* basis,
3  representing Tropos Networks, Inc.,
4      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
5  conditions of Civil Local Rule 3-11. All papers filed by the attorney must indicate appearance
6  *pro hac vice*. Service of papers upon and communication with co-counsel designated in the
7  application will constitute notice to the party. All future filings in the action are subject to the
8  requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: ~~November ___, 2005~~
December 2, 2005



The Honorable Edward Chen
United States Magistrate Judge
Northern District of California

ORDER GRANTING APPLICATION FOR
ADMISSION OF ATTORNEY *PRO HAC VICE*    2    Case No. C 05 4281 EMC