1  JAMES A. GALE (admitted *pro hac vice*)
   E-Mail: JGale@FeldmanGale.com
2  TODD M. MALYNN (CSB No. 181595)
   E-Mail: TMalynn@FeldmanGale.com
3  GREGORY L. HILLYER (admitted *pro hac vice*)
   E-Mail: GHillyer@FeldmanGale.com
4  SHEILA Y. HARRISON (CSB No. 220831)
   E-Mail: SHarrison@FeldmanGale.com
5  FELDMAN GALE, P.A.
   Miami Center, 19th Floor,
6  201 South Biscayne Boulevard
   Miami, FL 33131
7  Telephone: (305) 358-5001
   Facsimile: (305) 358-3309
8
   CHARLENE M. MORROW (CSB No. 136411)
9  E-Mail: cmorrow@fenwick.com
   FENWICK & WEST LLP
10 Silicon Valley Center,
   801 California Street
11 Mountain View, CA 94041
   Telephone: (650) 988-8500
12 Facsimile: (650) 938-5200

13 Attorneys for Plaintiff
   TROPOS NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TROPOS NETWORKS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>IPCO, LLC, a Georgia limited liability company, STATSIGNAL, IPC, LLC, a Georgia limited liability company, and DOES 1-50,<br><br>Defendants. | Case No. C 05 04281 EMC<br><br>**REQUEST AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

REQUEST FOR CONTINUANCE OF CMC                                Case No. C 05 4281 EMC

1  WHEREAS, a Case Management Conference is currently scheduled in the above-caption matter on February 22, 2006;

2  WHEREAS, Plaintiff Tropos Networks, Inc. ("Tropos") has until February 21, 2006 to serve the Complaint on defendants IPCO, LLC and StatSignal, IPC, LLC;

3  WHEREAS, Tropos is currently engaged in discussions with defendants IPCO, LLC and StatSignal IPC, LLC in an effort to resolve informally any dispute before service of the Complaint;

Plaintiff Tropos Networks, Inc. hereby requests that the February 22, 2006 Case Management Conference be continued for 60 days to allow Tropos to either informally resolve this dispute, or to serve the Complaint.

Dated: February 10, 2006

FENWICK & WEST LLP

By:/s/ Charlene M. Morrow
    Charlene M. Morrow

Attorneys for Plaintiff
TROPOS NETWORKS, INC.

James A. Gale (admitted *pro hac vice*)
Gregory L. Hillyer (admitted *pro hac vice*)
FELDMAN GALE, P.A.
Miami Center, 19th Floor,
201 South Biscayne Boulevard
Miami, FL  33131
Telephone: (305) 358-5001
Facsimile:  (305) 358-3309

**IT IS SO ORDERED.**  The Case Management Conference is continued to 4/26/06 at 1:30 p.m. A Joint Case Management Conference Statement shall be filed by 4/19/06.

Dated: February 13, 2006

/s/ Edward M. Chen

The Honorable Edward M. Chen
United States Magistrate Judge
Northern District of California

REQUEST FOR CONTINUANCE OF CMC                                    Case No. C 05 4281 EMC