1  Daniel J. Herling (SBN 103711)
   Lina M. Brenner (SBN 191075)
2  Duane Morris LLP
   One Market, Spear Tower, Suite 2000
3  San Francisco, CA  94105-1104
   T:  (415) 371-2200
4  F:  (415) 371-2201
   Email:  djherling@duanemorris.com
5  Email:  lmbrenner@duanemorris.com

6  John C. Herman (*Prospective Pro Hac Vice*)
   Michael Ridgway Jones (*Prospective Pro Hac Vice*)
7  1180 West Peachtree Street, Suite 700
   Atlanta, GA  30309-3448
8  Email:  jcherman@duanemorris.com
   Email:  mrjones@duanemorris.com
9
   Attorney for Defendant
10 IPCO, LLC,
   *Specially Appearingi*
11

12
                    **IN THE UNITED STATES DISTRICT COURT**
13
                    **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
14

15
   TROPOS NETWORKS, INC.,                    Case No.:  C 05-04281 EMC
16
                 Plaintiff,                  **STIPULATED EXTENSION OF TIME
17                                           TO FILE ANSWER OR OTHER
   v.                                        RESPONSIVE PLEADING** ; ORDER
18
   IPCO, LLC, a Georgia limited liability
19 company, STATSIGNAL, IPC, LLC, a
   Georgia limited liability company, and
20 STATSIGNAL SYSTEMS, INC., a Georgia
   Corporation and JOHN DOES 1 – 50,
21
                 Defendants
22               (*specially appearing*).

23       NOW COME Plaintiff TROPOS NETWORKS, INC. and Defendant IPCO, LLC, which

24 is specially appearing for the limited purpose of filing this Stipulation, and hereby file this

25 stipulated extension of time for IPCO to file an answer or other responsive pleading, in

26 accordance with Northern District Local Rule 6-1(a).  As the parties are currently attempting to

27 negotiate a resolution to their dispute, they have jointly consented to extend the time for the

28 filing of Defendant's answer or other responsive pleading up to and including April 9, 2006.  As

                                            1

1  IPCO contests the Court's personal jurisdiction in this action, it appears specially only for the
2  limited purpose of stipulating to this extension.
3  Respectfully submitted, this 8th day of March 2006.

/s/ Gregory L. Hillyer (by express permission)
(admitted *pro hac vice*)

James A. Gale
Gregory L. Hillyer
FELDMAN GALE, P.A.
Miami Center, 19th Floor
201 South Biscayne Boulevard
Miami, FL  33131
T:  (305) 358-5001
F:  (305) 358-3309
Email: JGale@FeldmanGale.com
Email: GHillyer@FeldmanGale.com

Counsel for Plaintiff
TROPOS NETWORKS, INC.


/s/ Lina M. Brenner

Daniel J. Herling (SBN 103711)
Lina M. Brenner (SBN 191075)
DUANE MORRIS LLP
One Market, Spear Tower, Suite 2000
San Francisco, CA  94105-1104
T:  (415) 371-2200
F:  (415) 371-2201
Email:  djherling@duanemorris.com
Email:  lmbrenner@duanemorris.com

John C. Herman (*Prospective Pro Hac Vice*)
Michael Jones (*Prospective Pro Hac Vice*)
1180 West Peachtree Street, Suite 700
Atlanta, GA  30309-3448
Email:  jcherman@duanemorris.com
Email:  mrjones@duanemorris.com

Counsel for Defendant
IPCO, LLC
*specially appearing*

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. Magistrate
Dated: 3/8/06