JAMES A. GALE (admitted *pro hac vice*)
E-Mail: JGale@FeldmanGale.com
TODD M. MALYNN (CSB No. 181595)
E-Mail: TMalynn@FeldmanGale.com
GREGORY L. HILLYER (admitted *pro hac vice*)
E-Mail: GHillyer@FeldmanGale.com
SHEILA Y. HARRISON (CSB No. 220831)
E-Mail: SHarrison@FeldmanGale.com
FELDMAN GALE, P.A.
Miami Center, 19th Floor,
201 South Biscayne Boulevard
Miami, FL 33131
Telephone: (305) 358-5001
Facsimile: (305) 358-3309


CHARLENE M. MORROW (CSB No. 136411)
E-Mail: cmorrow@fenwick.com
CAROLYN CHANG (CSB No. 217933)
E-Mail: cchang@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center, 801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

Attorneys for Plaintiff
TROPOS NETWORKS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| TROPOS NETWORKS, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>    vs.<br><br>IPCO, LLC, a Georgia limited liability company, STATSIGNAL, IPC, LLC, a Georgia limited liability company, and DOES 1-50,<br><br>        Defendants. | Case No. C 05 04281 EMC<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** ; ORDER |

COMES NOW, Plaintiff TROPOS NETWORKS, INC., through its undersigned counsel AND hereby stipulates that defendant, STATSIGNAL, IPC, LLC be given up through and including April 10, 2006 in which to file its responsive pleading in this case.

.

DATED:  March 8, 2006

Respectfully submitted,

FELDMAN GALE, P.A.

/s/ Gregory L. Hillyer

Gregory L. Hillyer (admitted *pro hac vice*)
James A. Gale (admitted *pro hac vice*)

Attorneys for TROPOS NETWORKS, INC.

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. Magistrate Judge

Dated: 3/9/06