JAMES A. GALE (admitted *pro hac vice*)
E-Mail: JGale@FeldmanGale.com
TODD M. MALYNN (CSB No. 181595)
E-Mail: TMalynn@FeldmanGale.com
GREGORY L. HILLYER (admitted *pro hac vice*)
E-Mail: GHillyer@FeldmanGale.com
SHEILA Y. HARRISON (CSB No. 220831)
E-Mail: SHarrison@FeldmanGale.com
FELDMAN GALE, P.A.
Miami Center, 19th Floor,
201 South Biscayne Boulevard
Miami, FL 33131
Telephone: (305) 358-5001
Facsimile: (305) 358-3309

CHARLENE M. MORROW (CSB No. 136411)
E-Mail: cmorrow@fenwick.com
HEATHER N. MEWES (CSB No. 203690)
E-Mail: hmewes@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center, 801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

Attorneys for Plaintiff
TROPOS NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TROPOS NETWORKS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>IPCO, LLC, a Georgia limited liability company, STATSIGNAL, IPC, LLC, a Georgia limited liability company, and DOES 1-50,<br><br>Defendants. | Case No. C 05 04281 EMC<br><br>**SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>ORDER |

COMES NOW, Plaintiff TROPOS NETWORKS, INC., through its undersigned counsel AND hereby stipulates that defendant, STATSIGNAL, IPC, LLC be given up through and including May 10, 2006 in which to file its responsive pleading in this case. TROPOS does not believe that this extension will alter the date of any event or any deadline already fixed by Court order.

DATED: April 6, 2006

Respectfully submitted,
FENWICK & WEST LLP

_____/s/ Heather N. Mewes_____
Heather N. Mewes

Attorneys for TROPOS NETWORKS, INC.

24942/00401/LIT/1247763.1

IT IS SO ORDERED



_____
Edward M. Chen
U. S. Magistrate

SECOND STIPULATION TO EXTEND
TIME TO RESPOND TO COMPLAINT

2

Case No. C 05 4281 EMC