IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TROPOS NETWORKS INC,

    Plaintiff,

    v.

IPCO LLC, et al.,

    Defendants.
                        /

No. C 05-04281 JSW

**ORDER REQUIRING EXPEDITED RESPONSE ON PLAINTIFF'S MOTION FOR EXPEDITED DISCOVERY**

The Court has received Defendant IPCO LLC's motion to dismiss for lack of personal jurisdiction or, in the alternative, to transfer venue, and Plaintiff's motion for expedited discovery and for an enlargement of time to respond to Defendant's motion to dismiss.

It would of course be preferable for the parties to resolve the jurisdictional discovery issue without resort to the Court. Moreover, it would be a waste of judicial resources to hold a hearing on Defendant's motion without a formal opposition from Plaintiff. Thus, in the apparent absence of agreement between the parties, the Court HEREBY ORDERS Defendant IPCO to respond to Plaintiff's request for discovery by no later than Friday, April 28, 2006. Plaintiffs may file a reply not to exceed three pages by Monday, May 2, 2006.

Plaintiff's motion remains on calendar for May 26, 2006, and the Court shall set Defendant's motion to dismiss for hearing on that date. Pending a ruling on Plaintiff's motion for discovery and enlargement of time, Plaintiff is not excused from any filing deadlines relating

to opposing Defendant's motion to dismiss.

**IT IS SO ORDERED.**

Dated: April 24, 2006

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE