IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TROPOS NETWORKS INC,

    Plaintiff,

v.

IPCO LLC, et al.,

    Defendants.

No. C 05-04281 JSW

**ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST TO CONTINUE HEARING DATE AND REQUIRING JOINT SUBMISSION**

The Court, having received Plaintiff Tropos Networks, Inc.'s miscellaneous administrative request to continue the hearing date on Defendant IPCO LLC's pending motion to dismiss, and Defendant's response stating its non-opposition, the Court HEREBY RESETS the hearing date on the motion to dismiss to June 9, 2006 at 9:00 a.m.

By no later than Tuesday, May 9, 2006, the parties shall either file a stipulation regarding jurisdictional discovery or a notice that the parties were unable to reach agreement and the Court can rule on the outstanding motion for expedited discovery.

**IT IS SO ORDERED.**

Dated: May 5, 2006

                                          JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE
by Honorable Martin J. Jenkins